**ORIGINAL**

1  Charles L. Coleman, III [SBN 65496]
   David M. Gonden [SBN 154306]
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California 94111
   Telephone: (415) 743-6900
4  Facsimile: (415) 743-6910

5

6  Attorneys for Defendant
   BRIDGESTONE FIRESTONE NORTH
   AMERICAN TIRE, LLC, successor to
7  BRIDGESTONE/FIRESTONE, INC.

**E-filing**

FILED
08 APR -2 PM 12:50

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**HRL**

| | |
|---|---|
| JAIME ABONCE, <br><br> Plaintiff, <br><br> vs. <br><br> BRIDGESTONE/FIRESTONE, INC.; and DOES 1 through 10, INCLUSIVE, <br><br> Defendants. | CV No. 08 1767 <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- 1 -
CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**For Defendant BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, , successor to BRIDGESTONE/FIRESTONE, INC.:**

BRIDGESTONE AMERICAS HOLDING, INC. is the sole member, holding all ownership interest. BRIDGESTONE AMERICAS HOLDING, INC. is a wholly owned subsidiary of BRIDGESTONE CORPORATION. BRIDGESTONE CORPORATION is a Japanese corporation that is publicly traded in Japan.

Dated: April 2, 2008

Respectfully Submitted,

HOLLAND & KNIGHT LLP

David M. Gonden
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111

Attorneys for Defendant
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, successor to BRIDGESTONE/FIRESTONE, INC.

# 5241390_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 2 -
**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**