**ORIGINAL**

Charles L. Coleman, III [SBN 65496]
David M. Gonden [SBN 154306]
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
BRIDGESTONE FIRESTONE NORTH
AMERICAN TIRE, LLC, successor to
BRIDGESTONE/FIRESTONE, INC.

E-filing

FILED
08 APR -2 PM 12:51

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HRL

| | |
|---|---|
| JAIME ABONCE<br><br>        Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE, INC.; and DOES 1 through 10, INCLUSIVE,<br><br>        Defendants. | No. CV 08 1767<br><br>**PROOF OF SERVICE** |

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

# CERTIFICATE OF SERVICE

*Jaime Abonce v. Bridgestone Firestone North American Tire, LLC, et al.*
USDC, N.D., Cal., San Jose Division, Case No.:

I, SOPHIA L. TROOSH, declare and state as follows:

I am over the age of 18 years and not a party to the above-captioned action; that my business address is the law firm of Holland & Knight LLP located at 50 California Street, 28th Floor, San Francisco, California 94111-4624. On April 2, 2008, I served the document(s) described below:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF CIVIL ACTION FROM THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, MONTEREY COUNTY, UNDER 28 U.S.C. §1332 (DIVERSITY)**

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

on each of the parties to this action at the following address:

Cheryl P. Weiner                           *Attorneys for Plaintiff*
Rucka O'Boyle Lombardo & McKenna
245 West Laurel Drive
Salinas, CA 93906
Tel: (831) 443-1051
Fax: (831) 443-6419

on each of the parties to this action at the following address:

☒ **(BY MAIL)** I caused a true copy of each document(s) to be placed in a sealed envelope with first-class postage affixed and placed the envelope for collection. Mail is collected daily at my office and placed in a United States Postal Service collection box for pickup and delivery that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on the 2th day of April, 2008 in the City and County of San Francisco, California.

_____
SOPHIA L. TROOSH

# 5241662_v1