Charles L. Coleman, III [SBN 65496]
David M. Gonden [SBN 154306]
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
BRIDGESTONE FIRESTONE NORTH
AMERICAN TIRE, LLC, successor to
BRIDGESTONE/FIRESTONE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAIME ABONCE,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE, INC.; and DOES 1 through 10, INCLUSIVE,<br><br>    Defendants. | No. CV 08-1767 HRL<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

SOPHIA TROOSH certifies and declares as follows:

I am over the age of 18 and not a party to this action.

My business address is 50 California Street, Suite 2800, San Francisco, California, which is located in the city, county and state where the mailing described below took place.

- 2 -

1      On April 3, 2008, I deposited in the United States Mail at 50 California Street, San
2 Francisco, California a copy of the Notice to Adverse Party of Removal to Federal Court dated
3 April 3, 2008, a copy of which is attached to this Certificate.
4      I declare under penalty of perjury that the foregoing is true and correct.
5 Executed on April 9, 2008.

                                                  _/s/ Sophia Troosh_
                                                  SOPHIA TROOSH

\# 5258564_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE      Case No.: CV 08-1767 HRL
PARTY OF REMOVAL TO FEDERAL COURT

1   CHARLES L. COLEMAN, III (Bar No. 65496)
    DAVID M. GONDEN (Bar No. 154306)
2   **HOLLAND & KNIGHT LLP**
    50 California Street, 28th Floor
3   San Francisco, California 94111
    Telephone: (415) 743-6900
4   Facsimile:  (415) 743-6910

5   Attorneys for Defendant
    BRIDGESTONE FIRESTONE NORTH
6   AMERICAN TIRE, LLC, successor to
    BRIDGESTONE/FIRESTONE, INC.

7

FILED
APR 0 3 2008
CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
J. NICHOLSON DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MONTEREY

| | |
|---|---|
| JAIME ABONCE,<br><br>          Plaintiff,<br><br>     vs.<br><br>BRIDGESTONE/FIRESTONE, INC., a corporation; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No. M86895<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on April 2, 2008, Federal Case Docket Number C08-1767 HRL.

//

//

//

1  A copy of said Notice of Removal, and its attachments thereto, and copies of all
2  pleadings received by Defendant, is attached hereto and is served and filed herewith.

3

4  Dated:  April 2, 2008                    HOLLAND & KNIGHT LLP

5

6                                           *[signature]*
                                            David M. Gonden
7                                           Attorneys for Defendant
                                            BRIDGESTONE FIRESTONE NORTH
8                                           AMERICAN TIRE, LLC, successor to
                                            BRIDGESTONE/FIRESTONE, INC.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

```
1  Charles L. Coleman, III [SBN 65496]
   David M. Gonden [SBN 154306]
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California  94111
   Telephone: (415) 743-6900
4  Facsimile: (415) 743-6910

5
   Attorneys for Defendant
6  BRIDGESTONE FIRESTONE NORTH
   AMERICAN TIRE, LLC, successor to
7  BRIDGESTONE/FIRESTONE, INC.
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MONTEREY

| | |
|---|---|
| JAIME ABONCE<br><br>             Plaintiffs,<br><br>     vs.<br><br>BRIDGESTONE/FIRESTONE, INC.; and<br>DOES 1 through 10, INCLUSIVE,<br><br>             Defendants. | No. M86895<br><br>**AMENDED PROOF OF SERVICE** |

- 1 -

| AMENDED PROOF OF SERVICE | Case No.: M86895 |

## PROOF OF SERVICE

*Jaime Abonce v. Bridgestone Firestone North American Tire, LLC, et al.*

I, SOPHIA L. TROOSH, declare and state as follows:

I am over the age of 18 years and not a party to the above-captioned action; that my business address is the law firm of Holland & Knight LLP located at 50 California Street, 28th Floor, San Francisco, California 94111-4624. On April 3rd, 2008, I served the document(s) described below:

1. Notice of Stay of Proceedings;
2. Notice to Adverse Party of Removal to Federal Court;
3. Notice of Removal of Civil Action From the Superior Court of the State of California, Monterey County, Under 28 U.S.C. §1332 (Diversity);
4. Certification of Interested Entities or Parties;
5. Civil Cover Sheet;
6. Order Setting Initial Case Management Conference and ADR Deadlines;
7. Standing Order re: Initial Case Management and Discovery Disputes;
8. Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement;
9. U.S. District Court Northern California - ECF Registration Information Handout;
10. Notice of Assignment of Case to a United States Magistrate Judge;
11. Welcome to the U.S. District Court for the Northern District of California, Clerk's Office, San Jose Division information sheet;
12. Drop Box Filing Procedures.

on each of the parties to this action at the following address:

Cheryl P. Weiner                                     *Attorneys for Plaintiff*
Rucka O'Boyle Lombardo & McKenna
245 West Laurel Drive
Salinas, CA 93906
Tel: (831) 443-1051
Fax: (831) 443-6419

☒ **(BY MAIL)** I caused a true copy of each document(s) to be placed in a sealed envelope with first-class postage affixed and placed the envelope for collection. Mail is collected daily at my office and placed in a United States Postal Service collection box for pickup and delivery that same day.

- 2 -

AMENDED PROOF OF SERVICE                                             Case No.: M86895

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on the 9th day of April, 2008 in the City and County of San Francisco, California.

*Sophia Troosh*

SOPHIA L. TROOSH

# 5241662_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 3 -

AMENDED PROOF OF SERVICE                                        Case No.: M86895

**PROOF OF SERVICE**

*Jaime Abonce v. Bridgestone Firestone North American Tire, LLC, et al.*
**USDC, N.D., Cal., San Jose Division, Case No.: CV 08-1767 HRL**

I, SOPHIA L. TROOSH, declare and state as follows:

I am over the age of 18 years and not a party to the above-captioned action; that my business address is the law firm of Holland & Knight LLP located at 50 California Street, 28th Floor, San Francisco, California 94111-4624. On April 9, 2008, I served the document(s) described below:

1. Certificate of Service of Notice to Adverse Party of Removal to Federal Court

on each of the parties to this action at the following address:

Cheryl P. Weiner                              *Attorneys for Plaintiff*
Rucka O'Boyle Lombardo & McKenna
245 West Laurel Drive
Salinas, CA  93906
Tel: (831) 443-1051
Fax: (831) 443-6419

☒   **(BY MAIL)**  I caused a true copy of each document(s) to be placed in a sealed envelope with first-class postage affixed and placed the envelope for collection.  Mail is collected daily at my office and placed in a United States Postal Service collection box for pickup and delivery that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on the 9th day of April, 2008 in the City and County of San Francisco, California.

_____
SOPHIA L. TROOSH

# 5258618_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910