CHERYL P. WEINER, #170178
NEIL P. BERMAN, #246637
RUCKA, O'BOYLE, LOMBARDO & McKENNA
245 West Laurel Drive
Salinas CA 93906
Telephone: (831) 443-1051

Attorneys for the Plaintiff

RUCKA, O'BOYLE, LOMBARDO & McKENNA
A Professional Corporation
245 WEST LAUREL DRIVE • SALINAS, CALIFORNIA 93906 • FAX (831) 443-6419 • (831) 443-1051

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION - E-FILING

| | |
|---|---|
| JAIME ABONCE,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE, INC. and DOES 1 to 10, INCLUSIVE,<br><br>Defendants. | No. C 08-1767 HRL<br><br>DEMAND FOR JURY TRIAL |

DEMAND FOR JURY TRIAL:

The undersigned party hereby demands a trial by jury pursuant to Federal Rules of Civil Procedure 38(b).

Dated: April 16, 2008

RUCKA, O'BOYLE, LOMBARDO & McKENNA

By_______________________________

CHERYL P. WEINER,
Attorney for the Plaintiff.