CHERYL P. WEINER, #170178
NEIL P. BERMAN, #246637
RUCKA, O'BOYLE, LOMBARDO & McKENNA
245 West Laurel Drive
Salinas  CA  93906
Telephone:  (831) 443-1051

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION  -  E-FILING

| | |
|---|---|
| JAIME ABONCE,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE, INC.<br>and DOES 1 to 10, INCLUSIVE,<br><br>        Defendants. | No. C 08-1767 HRL<br><br>DECLINATION TO PROCEED<br>BEFORE A UNITED STATES<br>MAGISTRATE JUDGE AND<br>REQUEST FOR REASSIGNMENT<br>TO A UNITED STATES DISTRICT<br>JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT

JUDGE:

The undersigned party hereby declines to consent to assignment of this case to a

United States Magistrate Judge for trial and disposition and hereby requests reassignment

of this case to a United States District Judge.

Dated: April 16, 2008                RUCKA, O'BOYLE, LOMBARDO & McKENNA


By_____

CHERYL P. WEINER,
Attorney for the Plaintiff.

ABONCE  vs. BRIDGESTONE/FIRESTONE                Declination  to Proceed Before a United States Magistrate Judge and
Case No. C 08-1767 HRL                          Request for Reassignment to a United States District Judge

RUCKA, O'BOYLE, LOMBARDO & McKENNA
A Professional Corporation
245 WEST LAUREL DRIVE • SALINAS, CALIFORNIA 93906 • FAX (831) 443-6419 • (831) 443-1051