**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jaime Abonce, | No. C08-01767 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Bridgestone/Firestone, Inc., | |
| Defendant. | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 22, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **July 25, 2008 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on July 18, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: April 18, 2008                                       RICHARD W. WIEKING, Clerk
                                                                          United States District Court

                                                                           /s/ *Patty Cromwell*
                                                                          By: Patty Cromwell, Courtroom Deputy
                                                                          to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Charles Lagrange Coleman , III    ccoleman@hklaw.com, beverley.huppert@hklaw.com, robert.jimenez@hklaw.com

David M. Gonden    dmgonden@hklaw.com, sophia.troosh@hklaw.com

Cheryl Penny Weiner    cweiner@rolmlaw.com, sergio@rolmlaw.com