Reset Form

RECEIVED

2008 APR 21  AM 10: 32

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

1
2
3

Jaime Abonce

4
5
6

Plaintiff(s),

7                          v.

CASE NO. 5:08-cv-1767

Bridgestone/Firestone, Inc.;

8       Does I - 10

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

9
10 _____ Defendant(s). _____/

11        Troy Davis Hoyt                                    , an active member in good standing of the bar of

State of Illinois

12  (particular court to which applicant is admitted)  whose business address and telephone number

13  is  131 South Dearborn Street

14      30th Floor
        Chicago, Illinois  60603

15      (312) 263-3600
                                                              , having applied in the

16  above-entitled action for admission to practice in the Northern District of California on a *pro hac*

17  *vice* basis, representing   Bridgestone/Firestone Inc.

18        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20  *vice* . Service of papers upon and communication with co-counsel designated in the application

21  will constitute notice to the party. All future filings in this action are subject to the requirements

22  contained in General Order No. 45, *Electronic Case Filing* .

23
24  Dated:

25
                                        United States  Magistrate Judge
26                                      Howard R. Lloyd

27
28

United States District Court
For the Northern District of California