| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Robert W. Vyverberg
Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, Illinois 60603
(312) 263-3600

**FILED**
2008 APR 21 D 3 7
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Jaime Abonce

                Plaintiff(s),

v.

Bridgestone/Firestone, Inc.;
Does 1 - 10

                Defendant(s).

CASE NO. 5:08-cv-1767

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Robert W. Vyverberg, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Bridgestone Firestone North American Tire, LLC, successor to Bridgestone/Firestone, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

David Gonden, Holland & Knight LLP, 50 California Street, Suite 2800, San Francisco, CA 94111; (415) 743-6900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/17/08

```
DUPLICATE
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002996
Cashier ID: harwellt
Transaction Date: 04/21/2008
Payer Name: Holland and Knight LLP
------------------------------------
PRO HAC VICE
 For: Robert W. Vyverberg
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 75019846
 Amt Tendered: $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

Case # 08-1767-JF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```