RECEIVED
2008 APR 21 AM 10: 37
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jaime Abonce

                Plaintiff(s),
    v.
Bridgestone/Firestone, Inc.;
Does 1 - 10
                Defendant(s).

CASE NO. 5:08-cv-1767

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert W. Vyverberg , an active member in good standing of the bar of State of Illinois (particular court to which applicant is admitted) whose business address and telephone number is 131 South Dearborn Street, 30th Floor, Chicago, Illinois 60603, (312) 263-3600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bridgestone/Firestone Inc.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States Magistrate Judge
Howard R. Lloyd