UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 APR 21 AM 10: 32
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Filed
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Jaime Abonce

Plaintiff(s),

v.

Bridgestone/Firestone, Inc.;
Does 1 - 10

Defendant(s).

CASE NO. 5:08-cv-1767

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Troy Davis Hoyt , an active member in good standing of the bar of State of Illinois (particular court to which applicant is admitted) whose business address and telephone number is 131 South Dearborn Street
30th Floor
Chicago, Illinois 60603
(312) 263-3600
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bridgestone/Firestone Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/24/8

United States ~~Magistrate~~ District Judge
~~Howard R. Lloyd~~ Jeremy Fogel