UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jaime Abonce

                Plaintiff(s),

v.

Bridgestone/Firestone, Inc.;
Does 1 - 10

                Defendant(s).

CASE NO. 5:08-cv-1767

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert W. Vyverberg, an active member in good standing of the bar of State of Illinois *(particular court to which applicant is admitted)* whose business address and telephone number is 131 South Dearborn Street, 30th Floor, Chicago, Illinois 60603, (312) 263-3600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bridgestone/Firestone Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4-29-08

United States ~~Magistrate~~ District Judge
~~Howard R. Lloyd~~ Jeremy Fogel

RECEIVED 2008 APR 21 AM 10:37
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

Filed APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE