CHERYL P. WEINER, #170178
NEIL P. BERMAN, #246637
RUCKA, O'BOYLE, LOMBARDO & McKENNA
245 West Laurel Drive
Salinas CA 93906
Telephone: (831) 443-1051
Facsimile: (831) 443-6419

Attorneys for the Plaintiff, **Jaime Abonce**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAIME ABONCE,<br><br>    Plaintiff,<br><br>  vs.<br><br>BRIDGESTONE/FIRESTONE, INC.<br><br>    Defendants | No. C 08-01767 JF<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PARTIES |

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, of (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

1

ABONCE vs. BRIDGESTONE/FIRESTONE      Certification of Interested Entities or Parties
Case No. C 08-01767 JF

**For Plaintiff JAIME ABONCE:**

Plaintiff Jaime Abonce was injured in the course and scope of his employment with Waste Connections, Inc. The workers' compensation insurance carrier for Mr. Abonce's employer, E.S.I.S., has a lien in this matter for benefits paid.

Dated: June 17, 2008        RUCKA, O'BOYLE, LOMBARDO & McKENNA


By_____
        Cheryl P. Weiner
        Neil P. Berman
        Attorneys for Plaintiff,
        **Jaime Abonce**

2

ABONCE vs. BRIDGESTONE/FIRESTONE        Certification of Interested Entities or Parties
Case No. C 08-01767 JF