UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, July 25, 2008
**Case Number:** CV-08-1767-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JAIME ABONCE V. BRIDGESTONE/FIRESTONE, INC. |
|---|---|
| | **PLAINTIFF**          **DEFENDANT** |
| | **Attorneys Present:** Cheryl Weiner, Neil Berman   **Attorneys Present:** David Gonden, Rober Vyverberg |

PROCEEDINGS:

    Case management conference held.  Parties are present.  Continued to 12/12/08 at 10:30 a.m. for further case management conference.  Parties to mediate prior to 12/12/08.