Cheryl P. Weiner, Esq. (CA State Bar No. 170178)
Neil P. Berman, Esq. (CA State Bar No. 246637)
RUCKA, O'BOYLE, LOMBARDO & McKENNA
245 West Laurel Drive
Salinas, CA 93906
Tel: (831) 443-1051
Fax: (831) 443-6419

Attorneys for Plaintiff JAIME ABONCE

Charles L. Coleman III, Esq. (CA State Bar No. 65496)
David M. Gonden, Esq. (CA State Bar No. 154306)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

Robert W. Vyverberg [admitted *pro hac vice*]
Troy D. Hoyt [admitted *pro hac vice*]
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312) 578-6666

Attorneys for Defendant,
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC,
SUCCESSOR TO BRIDGESTONE/FIRESTONE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAIME ABONCE, | Case No: 5:08-CV-01767-JF (HRL) |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| BRIDGESTONE/FIRESTONE INC. | **Fed. Rules Civ. Proc., Rule 41** |
| Defendant. | Before: Hon. Jeremy Fogel |
| | Pre-Trial Conference: March 1, 2010 |
| | Trial: March 8, 2010 |

**IT IS HEREBY STIPULATED** by Plaintiff, JAIME ABONCE herein and Defendant BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, SUCCESSOR TO BRIDGESTONE/FIRESTONE INC., by and through their respective counsel of record, as follows:

1. The entire action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and,

2. Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated: February 5, 2010     RUCKA, O'BOYLE, LOMBARDO & McKENNA

By: ___/S/___
Cheryl P. Weiner
Neil P. Berman
Attorneys for Plaintiff JAIME ABONCE

Dated: February 5, 2010     HOLLAND & KNIGHT LLP

By: ___/S/___
Troy D. Hoyt
Attorneys for Defendant BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, SUCCESSOR TO BRIDGESTONE/FIRESTONE INC.

IT IS SO ORDERED:

The Complaint filed by Plaintiff herein is hereby voluntarily dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: February 22, 2010

_____
Hon. Jeremy Fogel
United States District Judge

# 9150538_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910